COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-09-311-CV

 

 

IN THE INTEREST OF
T.D.R., C.P.R.,

AND C.J.R., MINOR
CHILDREN

 

                                               ----------

 

               FROM THE 97TH
DISTRICT COURT OF CLAY COUNTY

 

                                              ------------

 

                  MEMORANDUM OPINION[1]
AND JUDGMENT

 

                                              ------------

 

On September 9, 2009, and September 22, 2009, we
notified appellant, in accordance with rule of appellate procedure 42.3(c),
that we would dismiss this appeal unless the $175 filing fee was paid.  See Tex. R. App. P. 42.3(c).  Appellant has not paid the $175 filing
fee.  See Tex. R. App. P. 5,
12.1(b).








Because appellant has failed to comply with a
requirement of the rules of appellate procedure and the Texas Supreme Court=s order
of August 28, 2007,[2]
we dismiss the appeal.  See Tex.
R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for
which let execution issue.  See
Tex. R. App. P. 43.4.

 

PER CURIAM

 

PANEL:  MEIER, J.; CAYCE, C.J.;
and LIVINGSTON, J.

 

DELIVERED:  October 15, 2009











[1]See Tex. R. App. P. 47.4.





[2]See Supreme Court of Tex., Order
Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of
Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc.
Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).